STATE OF NEW JERSEY v. EVARISTO QUINONES.

November 16, 1976. Petition for certification granted. (See 140 *N. J. Super.* 237)

STATE OF NEW JERSEY v. JOHN JENKINS.

November 16, 1976. Petition for certification granted.

STATE OF NEW JERSEY v. STANLEY WASHINGTON.

November 30, 1976. Petition for certification granted.

STATE OF NEW JERSEY v. CHARLES DALLAS.

November 30, 1976. Petition for certification denied.

IRENE MAJEWSKI v. ZBIGNEIW MAJEWSKI.

November 30, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT DIX.

November 30, 1976. Petition for certification denied.